## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2026-CR-80028 - Damian/Matthewman

8 U.S.C. § 1326(a)

**UNITED STATES OF AMERICA**

v.

**LEONARDO GONZALEZ-PEREZ,**

**Defendant.**

_____/



FILED BY _____ D.C.

FEB 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### INDICTMENT

The Grand Jury charges that:

On or about January 16, 2026, in Palm Beach County, in the Southern District of Florida, the defendant,

### LEONARDO GONZALEZ-PEREZ,

an alien, having previously been removed from the United States on or about June 4, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

_Adam C. McMichael_ for

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.: 2026-CR-80028 - Damian/Matthewman

v.

LEONARDO GONZALEZ-PEREZ.                    **CERTIFICATE OF TRIAL ATTORNEY**

_____ /   **Superseding Case Information:**
                    Defendant.              New Defendant(s) (Yes or No)_____
**Court Division** (select one)              Number of New Defendants _____
   ☐ Miami   ☐ Key West   ☐ FTP   Total number of new counts _____
   ☐ FTL    ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days            ☐ Petty
   II  ☐ 6 to 10 days             ☐ Minor
   III ☐ 11 to 20 days              ☐ Misdemeanor
   IV ☐ 21 to 60 days               ☑ Felony
   V  ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge William Matthewman _____ Magistrate Case No. 26-mj-8045

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 1/22/2026

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
    MARTON GYIRES
    Assistant United States Attorney
    SDFL Court ID No. A5501696

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:   LEONARDO GONZALEZ-PEREZ

Case No: 2026-CR-80028 - Damian/Matthewman

Count #: 1

Previously removed alien found in the United States

Title 8, United States Code, Section 1326(a)

\* **Max. Term of Imprisonment: 2 years**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 1 year**
\* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**